**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 FEB -8 P 3: 40

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

Fluxo-Cane Overseas Ltd.,          )
                                   )
                Plaintiff,         )
                                   )
        v.                         )     Civ. No. 08-
                                   )          WDQ-08-356
E.D. & F. Man Sugar, Inc.,         )
                                   )
                Defendants.        )

### MOTION FOR ADMISSION *PRO HAC VICE*

I, _____Herbert Allen Black III_____, am a member in good standing of the bar of this Court. My bar number is _____024542_____. I am moving the admission of

_____Bryant E. Gardner_____ to appear *pro hac vice* in this case as counsel for

_____Fluxo-Cane Overseas, Ltd._____.

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia Court of Appeals | |
| Admitted 6 August 2001 | |
| Massachusetts Supreme Judicial Court | |
| Admitted 1 February 2001 | |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court   0   times.

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: IF the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.    The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.    The proposed admittee understand admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.    Either the undersigned movant or _____, is also a member of the bar of this Court and in good standing, and will serve as co-counsel in these proceedings.

8.    **The $50.00 fee for admission *pro hac vice* is enclosed**. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

 H. Allen Black III
Printed Name

Winston & Strawn LLP
Firm

1700 K Street NW, Washington, D.C. 20006
Address

(202) 282-5821
Telephone Number

(202) 282-5100
Fax Number

hblack@winston.com
Email Address

PROPOSED ADMITTEE

_____
Signature

Bryant E. Gardner
Printed Name

Winston & Strawn LLP
Firm

1700 K Street NW, Washington, D.C. 20006
Address

(202) 282-5893
Telephone Number

(202) 282-5100
Fax Number

bgarnder@winston.com
Email Address