# Attachment 2

CODE NAME "CONGENBILL" EDITION 1994

| | | Page 2 |
|---|---|---|

**Shipper**
**USINA UNIÃO E INDUSTRIA S/A**
ENGENHO BONFIM, 0 - ZONA RURAL
PRIMAVERA/PE - BRAZIL
ZIP CODE: 55.510-000
**FDA: 14240231318**

**BILL OF LADING** B/L No. CSCV3048RE02
TO BE USED WITH CHARTER-PARTIES

Reference Nº

Consignee

**TO ORDER OF SHIPPER**

# COPY NOT
# NEGOTIABLE

Notify address

**CSC SUGAR, LLC**
**36 GROVE STREET**
**NEW CANAAN, CONNECTICUT 06840**

| Vessel | Port of loading |
|---|---|
| M/V TINA LITRICO | RECIFE, BRAZIL |

Port of discharge
**ONE OR TWO U.S. PORTS**

| Shipper's description of goods | Gross Weight |
|---|---|

**2,664.890 MT OF BRAZIL RAW CANE SUGAR IN BULK, OF FAIR AVERAGE QUALITY,**
OF THE CURRENT CROP WITH A MINIMUM POLARIZATION OF 96 DEGREES AT TIME OF SHIPMENT

CLEAN ON BOARD

FREIGHT PAYABLE AS PER CHARTER PARTY

TOTAL NET/GROSS WEIGHT: 2,664.890 METRIC TONS

THIS BILL OF LADING INCORPORATES ALL TERMS, CONDITIONS, EXCEPTIONS AND ARBITRATION CLAUSE OF
CHARTER PARTY 10/26/2007

(of which                on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY.............................................

FREIGHT ADVANCE.
Received on account of freight:

.................................................................
Time used for loading ..................... days ............................. hours.

SHIPPED at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the Port of Discharge
or so near thereto as she may safely get the goods specified
above.
Weight, measure, quality, quantity, condition, contents and value
unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has
signed the number of Bills of Lading indicated below all of this
tenor and date, any one of which being accomplished the others
shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| | RECIFE, JANUARY 17TH, 2008 |
| Number of original Bs/L | Signature |

COPIA NÃO NEGOCIÁVEL
ASSINADA PARA FINS DE REGISTRO SOMENTE
SEM QUALQUER VALOR COMERCIAL
NON NEGOTIABLE COPY
SIGNED FOR RECORDS ONLY
WITHOUT COMMERCIAL VALUE

-3- ( THREE )

FOR AND ON BEHALF OF THE MASTER
CAPT. EDWARD MAX STOVALL III
Williams (Serviços Marítimos) Ltda.
As Agents only

WILLIAMS (SERVIÇOS MARITIMOS) LTDA.



CODE NAME "CONGENBILL" EDITION 1994

Page 2

| Shipper | BILL OF LADING | B/L No. CSCV3048RE01 |
|---|---|---|

**Shipper**
S/A FLUXO – COMERCIO E ASSESSORIA INTERNACIONAL
RUA DR. RENATO PAES DE BARROS, 778
ITAIM – SÃO PAULO/SP – BRAZIL
ZIP CODE: 04.530-001
FDA: 16794236486

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No. CSCV3048RE01

Reference Nº

**Consignee**

TO ORDER OF SHIPPER

**Notify address**

CSC SUGAR, LLC
36 GROVE STREET
NEW CANAAN, CONNECTICUT 06840

# COPY NOT
# NEGOTIABLE

| Vessel | Port of loading |
|---|---|
| M/V TINA LITRICO | RECIFE, BRAZIL |

**Port of discharge**
ONE OR TWO U.S. PORTS

**Shipper's description of goods**                                                                    Gross Weight

4,818.040 MT OF BRAZIL RAW CANE SUGAR IN BULK, OF FAIR AVERAGE QUALITY,
OF THE CURRENT CROP WITH A MINIMUM POLARIZATION OF 96 DEGREES AT TIME OF SHIPMENT

CLEAN ON BOARD

FREIGHT PAYABLE AS PER CHARTER PARTY

TOTAL NET/GROSS WEIGHT: 4,818.040 METRIC TONS

THIS BILL OF LADING INCORPORATES ALL TERMS, CONDITIONS, EXCEPTIONS AND ARBITRATION CLAUSE OF
CHARTER PARTY 10/26/2007

(of which           on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY.............................................................. | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
|---|---|

FREIGHT ADVANCE.
Received on account of freight:

....................................................................
Time used for loading ....................... days ........................... hours.

Weight, measure, quality, quantity, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| | Freight payable at | Place and date of issue RECIFE, JANUARY 17TH, 2008 |
|---|---|---|
| | Number of original Bs/L. | Signature |
| CÓPIA NÃO NEGOCIÁVEL. ASSINADA PARA FINS DE REGISTRO SOMENTE SEM QUALQUER VALOR COMERCIAL NON NEGOTIABLE COPY SIGNED FOR RECORDS ONLY WITHOUT COMMERCIAL VALUE | -3- ( THREE) | FOR AND ON BEHALF OF THE MASTER CAPT. EDWARD MAX STOVALL III Williams (Serviços Marítimos) Ltda. As Agents only

WILLIAMS (SERVIÇOS MARÍTIMOS) LTDA. |