# Attachment 3

# FLUXO-CANE OVERSEAS LTD.

2nd floor Abbott Building,
Road Town, Tortola - British Virgin Islands

January 18th, 2008

Consignee: ED&F MAN SUGAR LTD.
Address: 2525 Ponce de Leon Blvd. Suite 1200
Coral Gables, FL 33134

## COMMERCIAL INVOICE # 305/08

### SHIPPING DETAILS

**VESSEL NAME: M/V TINA LITRICO**
**PORT OF LOADING: RECIFE, BRAZIL**
**PORT OF DISCHARGE: ONE OR TWO U.S. PORTS**
**BILL OF LADING DATE: JANUARY 17th, 2008**
**OUR CONTRACT REFERENCE: 2209/08-A**

### GOODS DESCRIPTION

| QUANTITY | UNIT | COMMODITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 7,482.930 | MT | BRAZIL CANE RAW SUGAR IN BULK OF THE CURRENT CROP WITH A MINIMUM POLARIZATION OF 96 DEGREES AT TIME OF SHIPMENT. | 346.13 | 2,590,066.56 |
| | | LESS 2% TO BE SETTLED AFTER QUALITY AND QUANTITY RESULTS ARE KNOWN | | (51,801.33) |
| **TOTAL USD** | | | | **2,538,265.23** |

I, JOSE LUIZ CIPRIANI, HEREBY DECLARE THAT THE PRODUCT DESCRIBED IN THIS INVOICE IS WHOLLY GROWN AND PRODUCED OR MANUFACTURED IN BRAZIL.

FDA REGISTRATION NUMBERS:
S/A FLUXO - COMERCIO E ASSESSORIA INTERNACIONAL: 16794236486
USINA UNIAO E INDUSTRIA S/A: 14240231318

### PAYMENT INSTRUCTIONS

Please effect payment on value date to:

Banque Cantonale Vaudoise
BCV Swift Code: BCVLCH2LXXX
Intermediary Bank (for BCV) Swift Code (=Citibank New York): CITIUS33XXX
IBAN number: CH86 0076 7001 E509 6272 5
Account # E 5095 27 25
Beneficiary: Fluxo-Cane Overseas Limited

FLUXO - CANE OVERSEAS LTD.