# Attachment 4

| Shipper | BILL OF LADING | B/L CSCV3048MA03 |
|---|---|---|
| COPERTRADING COMERCIO EXPORTACAO E IMPORTACAO S/A<br>RUA SA E ALBUQUERQUE, 235 JARAGUA, MACEIO-AL 57028-180<br>BRAZIL<br>FDA: 10915673514 | TO BE USED WITH CHARTER-PARTIES | Reference N° |

**Consignee**

TO ORDER OF SHIPPER

**Notify address**

CSC SUGAR, LLC
36 GROVE STREET
NEW CANAAN, CONNECTICUT 06840

## COPY NOT NEGOTIABLE

| Vessel | Port of loading |
|---|---|
| M/V TINA LITRICO | MACEIO, BRAZIL |

**Port of discharge**
ONE OR TWO U.S. PORTS

**Shipper's description of goods**                                                                                         Gross Weight

12,184.500 MT OF BRAZIL RAW CANE SUGAR IN BULK, OF FAIR AVERAGE QUALITY,
OF THE CURRENT CROP WITH A MINIMUM POLARIZATION OF 96 DEGREES AT TIME OF SHIPMENT

CLEAN ON BOARD

FREIGHT PAYABLE AS PER CHARTER PARTY

TOTAL NET/GROSS WEIGHT: 12,184.500 METRIC TONS

THIS BILL OF LADING INCORPORATES ALL TERMS, CONDITIONS, EXCEPTIONS AND ARBITRATION CLAUSE OF
CHARTER PARTY 10/26/2007

(Of which     on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated ..............................

FREIGHT ADVANCE.
Received on account of freight:

..........................................................................

Time used for loading ................ days ........................ hours.

SHIPPED at the Port of Loading in apparent good order
and condition on board the Vessel for carriage to the Port
of Discharge or so near thereto as she may safely get the
goods specified above.
Weight, measure, quality, quantity, condition, contents
and value unknown.
IN WITNESS whereof the Master or Agent of the said
Vessel has signed the number of Bills of Lading indicated
below all of this tenor and date, any one of which being
accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
|  | MACEIO, JANUARY 26TH, 2008. |
| Number of original Bs/L | Signature |
| 3/3 (THREE) | WILLIAMS (SERVIÇOS MARITIMOS) LTDA<br>AS AGENTS<br>FOR AND ON BEHALF OF THE MASTER<br>MR. STOVALL III, EDWARD MAX |

CÓPIA NÃO NEGOCIÁVEL
ASSINADA PARA FINS DE REGISTRO SOMENTE
SEM QUALQUER VALOR COMERCIAL
NON NEGOTIABLE COPY
SIGNED FOR RECORDS ONLY
WITHOUT COMMERCIAL VALUE

CODE NAME "CONGENBILL" EDITION 1994

| | |
|---|---|
| **Shipper**<br>S/A FLUXO – COMERCIO E ASSESSORIA INTERNACIONAL<br>RUA DR. RENATO PAES DE BARROS, 778 – 2° ANDAR<br>04530-001 SÃO PAULO – SP BRAZIL<br>FDA: 16794236486 | **BILL OF LADING**   B/L CSCV3048MA04<br>TO BE USED WITH CHARTER-PARTIES<br>Reference N° |
| **Consignee**<br>TO ORDER OF SHIPPER | |
| **Notify address**<br>CSC SUGAR, LLC<br>36 GROVE STREET<br>NEW CANAAN, CONNECTICUT 06840 | **COPY NOT NEGOTIABLE** |

| Vessel | Port of loading |
|---|---|
| M/V TINA LITRICO | MACEIO, BRAZIL |

**Port of discharge**
ONE OR TWO U.S. PORTS

**Shipper's description of goods**                                                                                       **Gross Weight**

1,781.080 MT OF BRAZIL RAW CANE SUGAR IN BULK, OF FAIR AVERAGE QUALITY,
OF THE CURRENT CROP WITH A MINIMUM POLARIZATION OF 96 DEGREES AT TIME OF SHIPMENT

CLEAN ON BOARD

FREIGHT PAYABLE AS PER CHARTER PARTY

TOTAL NET/GROSS WEIGHT: 1,781.080 METRIC TONS

THIS BILL OF LADING INCORPORATES ALL TERMS, CONDITIONS, EXCEPTIONS AND ARBITRATION CLAUSE OF CHARTER PARTY 10/26/2007

(Of which        on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per<br>CHARTER-PARTY dated ........................................<br><br>FREIGHT ADVANCE.<br>Received on account of freight:<br><br>..............................................................................<br>Time used for loading ....................... days .................................. hours. | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br>Weight, measure, quality, quantity, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.<br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| | Freight payable at | Place and date of issue<br>MACEIO, JANUARY 26ᵀᴴ, 2008. |
|---|---|---|
| **CÓPIA NÃO NEGOCIÁVEL**<br>**ASSINADA PARA FINS DE REGISTRO SOMENTE**<br>**SEM QUALQUER VALOR COMERCIAL**<br>**NON NEGOTIABLE COPY**<br>**SIGNED FOR RECORDS ONLY**<br>**WITHOUT COMMERCIAL VALUE** | Number of original Bs/L<br><br>3/3 (THREE) | Signature<br><br>WILLIAMS (SERVIÇOS MARÍTIMOS) LTDA<br>AS AGENTS<br>FOR AND ON BEHALF OF THE MASTER<br>MR. STOVALL III, EDWARD MAX |

CODE NAME "CONGENBILL" EDITION 1994

| Shipper | BILL OF LADING    B/L CSCV3048MA05 |
|---|---|
| USINA TRAPICHE S/A<br>ENGENHO ROSARIO - SIRINHAEM – PERNAMBUCO – BRAZIL<br>55580-000<br>FDA: 16320909260 | TO BE USED WITH CHARTER-PARTIES<br>Reference N° |

Consignee

TO ORDER OF SHIPPER

Notify address

CSC SUGAR, LLC
36 GROVE STREET
NEW CANAAN, CONNECTICUT 06840

## COPY NOT NEGOTIABLE

| Vessel | Port of loading |
|---|---|
| M/V TINA LITRICO | MACEIO, BRAZIL |

Port of discharge
ONE OR TWO U.S. PORTS

Shipper's description of goods            Gross Weight

3,761.480 MT OF BRAZIL RAW CANE SUGAR IN BULK, OF FAIR AVERAGE QUALITY,
OF THE CURRENT CROP WITH A MINIMUM POLARIZATION OF 96 DEGREES AT TIME OF SHIPMENT

CLEAN ON BOARD

FREIGHT PAYABLE AS PER CHARTER PARTY

TOTAL NET/GROSS WEIGHT: 3,761.480 METRIC TONS

THIS BILL OF LADING INCORPORATES ALL TERMS, CONDITIONS, EXCEPTIONS AND ARBITRATION CLAUSE OF CHARTER PARTY 10/26/2007

(Of which    on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| Freight payable as per<br>CHARTER-PARTY dated ............................<br><br>FREIGHT ADVANCE.<br>Received on account of freight:<br><br>............................................................<br>Time used for loading ................ days ................ hours. | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br>Weight, measure, quality, quantity, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
|---|---|

| | Freight payable at | Place and date of issue<br>MACEIO, JANUARY 26TH, 2008. |
|---|---|---|
| CÓPIA NÃO NEGOCIÁVEL<br>ASSINADA PARA FINS DE REGISTRO SOMENTE<br>SEM QUALQUER VALOR COMERCIAL<br>NON NEGOTIABLE COPY<br>SIGNED FOR RECORDS ONLY<br>WITHOUT COMMERCIAL VALUE | Number of original Bs/L<br><br>3/3 (THREE) | Signature<br><br>WILLIAMS (SERVIÇOS MARITIMOS) LTDA<br>AS AGENTS<br>FOR AND ON BEHALF OF THE MASTER<br>MR. STOVALL III, EDWARD MAX |