# Attachment 5

# FLUXO-CANE OVERSEAS LTD.

*2nd floor Abbott Building,
Road Town, Tortola - British Virgin Islands*

January 28th, 2008

Consignee: **ED&F MAN SUGAR INC.**
Address: 2525 Ponce de Leon Blvd. Suite 1200
Coral Gables, FL 33134

## COMMERCIAL INVOICE # 319/08

### SHIPPING DETAILS

**VESSEL NAME: M/V TINA LITRICO**
**PORT OF LOADING: MACEIO, BRAZIL**
**PORT OF DISCHARGE: ONE OR TWO U.S. PORTS**
**BILL OF LADING DATE: JANUARY 26th, 2008**
**OUR CONTRACT REFERENCE: 2209/08-B**

### GOODS DESCRIPTION

| QUANTITY | UNIT | COMMODITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 17,727.060 | MT | BRAZIL CANE RAW SUGAR IN BULK OF THE CURRENT CROP WITH A MINIMUM POLARIZATION OF 96 DEGREES AT TIME OF SHIPMENT. | 346.13 | 6,135,867.28 |
| | | LESS 2% TO BE SETTLED AFTER QUALITY AND QUANTITY RESULTS ARE KNOWN | | (122,717.35) |
| **TOTAL USD** | | | | **6,013,149.93** |

I, JOSE LUIZ CIPRIANI, HEREBY DECLARE THAT THE PRODUCT DESCRIBED IN THIS INVOICE IS WHOLLY GROWN AND PRODUCED OR MANUFACTURED IN BRAZIL.
FDA REGISTRATION NUMBERS:
S/A FLUXO - COMERCIO E ASSESSORIA INTERNACIONAL: 16794236486
USINA TRAPICHE S/A: 16320909260
COPERTRADING COM EXP IMP LTDA: 10915673514

### PAYMENT INSTRUCTIONS

Please effect payment on value date to:

Banque Cantonale Vaudoise
BCV Swift Code: BCVLCH2LXXX
Intermediary Bank (for BCV) Swift Code (=Citibank New York): CITIUS33XXX
IBAN number: CH86 0076 7001 E509 6272 5
Account # E 5096 27 25
Beneficiary: Fluxo-Cane Overseas Limited

FLUXO-CANE OVERSEAS LTD.