# Attachment 6

**De:** Alper, Elizabeth (MIA-SUGAR) [mailto:Elizabeth.Alper@mansugar.com]
**Enviada em:** segunda-feira, 4 de fevereiro de 2008 10:48
**Para:** Marcos Bruno Daniel
**Assunto:** RE: M/V TINA LITRICO - MACEIO PORT

Dear Marcos Bruno,

Again I apologize for the delay in payment. Believe me when I say, I did everything to push London to make payment on Friday. But finally it was out of my control. I am following up on the payment right now and will advise.

**Elizabeth Alper**
ED & F Man Sugar, Inc.
2525 Ponce de Leon Blvd.
Suite 1200
Coral Gables, FL 33134
elizabeth.alper@mansugar.com
IM: mansugar_ealper@yahoo.com
Tel: (786) 279-7350
Fax: (786) 279-7324
Cell: (305) 322-3996

---

**From:** Marcos Bruno Daniel [mailto:marcos.bruno@safluxo.com.br]
**Sent:** Monday, February 04, 2008 7:43 AM
**To:** Alper, Elizabeth (MIA-SUGAR)
**Cc:** Nelson, Randall (MIA-SUGAR); S/A Fluxo - Operacoes; José Luiz Cipriani; Francesli Pereira; RODRIGUES, Bernardo (LDN Sugar); BONAVERO, Olivier (LDN Sugar); WHATMORE, Darren (LDN Sugar); Rodrigo de L.Franca
**Subject:** RES: M/V TINA LITRICO - MACEIO PORT

Dear Elizabeth,

Until now, we did not receive the payment of the vessel MV Tina Litrico, please send to us the swift in order to trace it.

Best Regards

Marcos Bruno Daniel
Commercial Director
S/A Fluxo Com. Ass. Internacional
Phone: 55-11-2177.20.10
FAx: 55-11-3167.01.74
www.safluxo.com.br

---

**De:** Marcos Bruno Daniel
**Enviada em:** sexta-feira, 1 de fevereiro de 2008 17:37
**Para:** 'Alper, Elizabeth (MIA-SUGAR)'
**Cc:** 'Nelson, Randall (MIA-SUGAR)'; S/A Fluxo - Operacoes; José Luiz Cipriani; Francesli Pereira; 'RODRIGUES, Bernardo (LDN Sugar)'; 'BONAVERO, Olivier (LDN Sugar)'; WHATMORE, Darren (LDN Sugar); Rodrigo de L.Franca
**Assunto:** RES: M/V TINA LITRICO - MACEIO PORT

Dear Mrs. Alper,

We are very disappointed of non payment of our invoice for the following reason:

1 – All documentation was previously and fully approved by ED&F Man;

2- Before sending the original documentation you and Nelson Randall received copy by e-mail on January 30th ;

3-Original documentation was received at your office yesterday at 13:10, by A.Rodrigues;

4-Today we have sent e-mails and I personally sent one and called you also for this payment.

Dear Elizabeth, to call us at 4:00 PM informing that the invoice was made against ED&F Man Sugar Ltd and must be changed to Inc and give this excuse for not paying us today is very frustrating; moreover, let me remind you that you had paid the portion from Recife on the same vessel with the invoice showing ED&F Man sugar Ltd.

Please provide the payment with valid date today and send the copy of the swift to us immediately

Marcos Bruno Daniel
Commercial Director
S/A Fluxo Com. Ass. Internacional
Phone: 55-11-2177.20.10
FAx: 55-11-3167.01.74
www.safluxo.com.br

---

**De:** Rodrigo de L.Franca
**Enviada em:** sexta-feira, 1 de fevereiro de 2008 15:40
**Para:** 'Alper, Elizabeth (MIA-SUGAR)'; Marcos Bruno Daniel
**Cc:** Nelson, Randall (MIA-SUGAR); S/A Fluxo - Operacoes; José Luiz Cipriani; Francesli Pereira
**Assunto:** RES: M/V TINA LITRICO - MACEIO PORT

Elizabeth,

Please find attached revised invoice.
Please confirm payment value date today.

Best Regards,

Rodrigo

---

**De:** Alper, Elizabeth (MIA-SUGAR) [mailto:Elizabeth.Alper@mansugar.com]
**Enviada em:** sexta-feira, 1 de fevereiro de 2008 10:41
**Para:** Marcos Bruno Daniel; Rodrigo de L.Franca
**Cc:** Nelson, Randall (MIA-SUGAR); S/A Fluxo - Operacoes; José Luiz Cipriani; Francesli Pereira
**Assunto:** RE: M/V TINA LITRICO - MACEIO PORT

Dear Marcos Bruno,

I have submitted payment to London. I am doing everything I can to get this paid today, but I have to wait for their approval as all of our Treasury functions are handled by our London office. I will advise as soon as I get confirmation.

Best regards,

**Elizabeth Alper**
**ED & F Man Sugar, Inc.**
**2525 Ponce de Leon Blvd.**
**Suite 1200**
**Coral Gables, FL 33134**
elizabeth.alper@mansugar.com
IM: mansugar_ealper@yahoo.com
Tel: (786) 279-7350
Fax: (786) 279-7324
Cell: (305) 322-3996

---

**From:** Marcos Bruno Daniel [mailto:marcos.bruno@safluxo.com.br]
**Sent:** Friday, February 01, 2008 7:05 AM
**To:** Rodrigo de L.Franca; Alper, Elizabeth (MIA-SUGAR)
**Cc:** Nelson, Randall (MIA-SUGAR); S/A Fluxo - Operacoes; José Luiz Cipriani; Francesli Pereira
**Subject:** RES: M/V TINA LITRICO - MACEIO PORT

Dear Elizabeth,

We need your assistance again in order to confirm the payment today.

Best Regards

Marcos Bruno Daniel
Commercial Director
S/A Fluxo Com. Ass. Internacional
Phone: 55-11-2177.20.10
FAx: 55-11-3167.01.74

www.safluxo.com.br

**De:** Rodrigo de L.Franca
**Enviada em:** sexta-feira, 1 de fevereiro de 2008 09:26
**Para:** 'Alper, Elizabeth (MIA-SUGAR)'
**Cc:** 'Nelson, Randall (MIA-SUGAR)'; S/A Fluxo - Operacoes; Marcos Bruno Daniel; José Luiz Cipriani; Francesli Pereira
**Assunto:** ENC: M/V TINA LITRICO - MACEIO PORT

Dear Elizabeth, Good day!

Please confirm urgently as Randall seem to be out of the office today.

Best Regards,

Rodrigo

---

**De:** Rodrigo de L.Franca
**Enviada em:** sexta-feira, 1 de fevereiro de 2008 09:24
**Para:** Rodrigo de L.Franca; 'Nelson, Randall (MIA-SUGAR)'
**Cc:** S/A Fluxo - Operacoes; 'Alper, Elizabeth (MIA-SUGAR)'
**Assunto:** RES: M/V TINA LITRICO - MACEIO PORT
Dear Randall,

Please confirm receipt of documents as well as payment value date.
Fgos, as per world courier webstie documents were delivered yesterday (31/01)

Best Regards,

Rodrigo

---

**De:** Rodrigo de L.Franca
**Enviada em:** quarta-feira, 30 de janeiro de 2008 18:57
**Para:** 'Nelson, Randall (MIA-SUGAR)'
**Cc:** S/A Fluxo - Operacoes; 'Alper, Elizabeth (MIA-SUGAR)'
**Assunto:** M/V TINA LITRICO - MACEIO PORT
Dear Randall,

Please find attached copies of the originals which will be sent today by World Courier under 0572087. Such documents shall be delivered to you on Friday (01/02).

Best Regards,

Rodrigo Franca
S/A Fluxo - Comércio e Assessoria Internacional
For and On Behalf of Fluxo-Cane Overseas Ltd.


Phone: (55 11) 2177 2035
Fax: (55 11) 3167 0174

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other
use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please contact the sender by email immediately or by phone at
**(786) 279-7320** and delete the material from any computer.
This e-mail has been scanned for viruses but it is your full responsibility for virus checking.

**Please note that we have recently moved. Our new address is 2525 Ponce De Leon Blvd. Suite 1200, Coral Gables, FL 33134. Main: (786) 279-7320; Fax: (786) 279-7324**

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other
use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please contact the sender by email immediately or by phone at
**(786) 279-7320** and delete the material from any computer.
This e-mail has been scanned for viruses but it is your full responsibility for virus checking.

**Please note that we have recently moved. Our new address is 2525 Ponce De Leon Blvd. Suite 1200, Coral Gables, FL 33134. Main: (786) 279-7320; Fax: (786) 279-7324**

2/8/2008