# Attachment 7

**De:** Machado, Carlos (MIA-SUGAR) [mailto:Carlos.Machado@mansugar.com]
**Enviada em:** segunda-feira, 4 de fevereiro de 2008 19:57
**Para:** Marcos Bruno Daniel
**Cc:** McGregor, Alberto (MIA-SUGAR); MARMION, Myles (LDN Corporate)
**Assunto:** Payment Offset

To Fluxo-Cane Overseas Limited (Fluxo Cane)

Dear Sirs

We refer to purchase contract no PO1688.000. Pursuant to our obligation to make payment to you in the sum of US$6,013,149.93 (our Contractual Indebtedness) kindly note as follows: As of 4th February you are indebted to ED&F Man Commodity Advisers Limited in the sum of US$41,961,982.07 (the MCA Debt) in respect of unpaid margin. On 4 February 2008 MCA equitably assigned to ED&F Man Sugar Inc (MSI) part of this debt in the amount of US$6,013,149.14 (Partial Assigned Debt). We hereby give you notice that we hereby set-off our Contractual Indebtedness against the Partial Assigned Debt which discharges our obligation to make any further payment for the shipping documents presented pursuant to purchase contract PO1688.000.

Sincerely,


Carlos E. Machado
Controller
ED&F Man Sugar Inc.
2525 Ponce de Leon Blvd. Ste 1200
Coral Gables, FL 33134


This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other
use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please contact the sender by email immediately or by phone at
(786) 279-7320 and delete the material from any computer.
This e-mail has been scanned for viruses but it is your full responsibility for virus checking.

Please note that we have recently moved. Our new address is 2525 Ponce De Leon Blvd. Suite 1200, Coral Gables, FL 33134. Main: (786) 279-7320; Fax: (786) 279-7324

2/8/2008