IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Fluxo-Cane Overseas Ltd., ) | Case No. 08-_____ |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| E.D. & F. Man Sugar Inc., ) | |
| ) | |
| Defendant ) | |

## ATTORNEY CERTIFICATION OF EXIGENT CIRCUMSTANCES

Plaintiff Fluxo-Cane Overseas Ltd., through undersigned counsel, hereby certifies the existence of exigent circumstances making court review impracticable, as required for issuance of summons of process of attachment and garnishment pursuant to Rule B(1)(c) of the Supplemental Rules for Admiralty or Maritime Claims.

As set forth in the Complaint filed herewith, the property to be attached is that certain cargo of sugar on board the M/V TINA LITRICO, which is expected to arrive at the Port of Baltimore on Sunday, February 10, 2008.

As set forth in the Affidavit of Bryant E. Gardner filed with the Complaint, Plaintiff is not found within this District and attachment of this property is necessary to secure any judgment rendered pursuant to the Complaint.

Upon information and belief, upon offloading of the TINA LITRICO cargo of sugar to be attached, such cargo will pass to the shoreside terminal and will be commingled with other cargos, or otherwise processed and lose its identity.

For the foregoing reasons hereby certified and as further set forth in the Complaint, Plaintiff asserts that exigent circumstances exist requiring issuance of the summons and process of attachment and garnishment.

                                                       _____
                                                      H. Allen Black III (No. 024542)
                                                      WINSTON & STRAWN LLP
                                                      1700 K Street, N.W.
                                                      Washington, DC  20006
                                                      (202) 282-5821
                                                      (202) 282-5100 (Facsimile)