IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WDQ08CV0356

| | |
|---|---|
| Fluxo-Cane Overseas Ltd., ) | Case No. 08-_____ |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| E.D. &F. Man Sugar Inc. ) | |
| ) | |
| Defendant ) | |

## ORDER APPOINTING
## SUBSTITUTE CUSTODIAN AND KEEPER

Upon consideration of the Motion of Plaintiff, Fluxo-Cane Overseas Ltd., for an Order to Appoint a Substitute Custodian, it is this 8th day of February, 2008, by the United States District Court for the District of Maryland,

Ordered, that the Marshal of the United States District Court for the District of Maryland be, and he is hereby authorized and directed upon his attachment and garnishment of the interests of the Defendant in the cargo of the M/V TINA LITRICO pursuant to the Writ of Maritime Attachment and Garnishment issuing in this case, to surrender the possession thereof to the Master of the vessel, and the Marshal shall be discharged from his duties and responsibilities for the safekeeping of said cargo and vessel and held harmless from any and all claims arising whatever out of said substituted possession and safekeeping.

_____
United States District Judge