IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WDQ08CV0356

| | |
|---|---|
| Fluxo-Cane Overseas Ltd., ) | Case No. 08-_____ |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| E.D. & F. Man Sugar Inc., ) | |
| ) | |
| Defendant ) | |

## ORDER FOR ISSUANCE OF PROCESS OF ATTACHMENT

Upon reading the Verified Complaint for issuance of attachment and the Affidavit of Bryant E. Gardner attached thereto, and the Court finding that the conditions for an action under Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Maryland Statute 3-303(b)(2) appear to exist, it is this day, by the United States District Court for the District of Maryland, hereby

**ORDERED** that the Clerk shall issue Process of Maritime Attachment and Garnishment as prayed for in the Verified Complaint; and it is further

**ORDERED** that the Process of Attachment issued by the Clerk shall be against all property, tangible or intangible, including funds, goods, cargo, chattels, credits, effects, debts by or owed to Defendant E.D. & F. Man Sugar, Inc., including, without limitation, cargo on board the M/V TINA LITRICO in an amount up to the amount sued for, i.e., $6,013, 149.93 plus pre-judgment interest, costs and fees, it is further

**ORDERED** that a copy of this Order be attached to and served with the said process of maritime attachment and garnishment, and it is further

**ORDERED** that pursuant to Rule B(1)(d)(ii)(C), the Writ of Attachment may be served by any person, who is not less than 18 years old, and who is not a party to this action, and it is further

**ORDERED** that service on any garnishee is deemed to be effective and continuous service throughout the remainder of the day upon which service is made commencing from the time of such service for the remainder of the following 24-hour period, and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Process of Attachment shall thereafter be made by way of service of a copy of the Process of Attachment via facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, and it is further

**ORDERED** that supplemental process enforcing this Order may be issued by the Clerk and served without further Order of the Court.

Dated: February 8, 2008

SO ORDERED:

_____
U.S.D.J.