IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| Fluxo-Cane Overseas Ltd., ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> E.D. & F. Man Sugar Inc. ) <br> ) <br> Defendant ) <br> ) | Case No. 08-_____ **WDQ08CV0356** |

## ORDER APPOINTING
## A SPECIAL PROCESS SERVER

An application having been made by Plaintiff, Fluxo-Cane Overseas Ltd., for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Bryant E. Gardner, sworn to the 8th day of February, 2008, and good cause having been shown, it is hereby

**ORDERED**, that any associate, agent or paralegal of Winston & Strawn, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of the Defendant, E.D. & F. Man Sugar Inc.

Dated: February 8, 2008

                                                                        /s/
                                                          _____
                                                          United States District Judge