IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WDQ08CV0356

| | |
|---|---|
| Fluxo-Cane Overseas Ltd., ) | Case No. 08-_____ |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| E.D.& F. Man Sugar Inc., ) | |
| ) | |
| Defendant ) | |

### WRIT OF ATTACHMENT

The Court having determined that the Plaintiff is entitled to the Writ of Attachment it is

**ORDERED** that the Writ of Attachment be issued against assets, monies, credits, payments for cargo, cargo, goods, and the like, including that certain cargo of sugar on board the M/V TINA LITRICO arriving the Port of Baltimore on or about February 9, 2008, belonging to or claimed by Defendant, E.D. & F. Man Sugar, Inc., 2525 Ponce De Leon Boulevard, Suite 1200, Coral Gables, Miami, Florida 33134, within this District up to the amount sued for in the Complaint, which shall include $6,013,149.93 plus pre-judgment interest, costs and fees

Dated: February 8, 2008

SO ORDERED:

_____
U.S.D.J.