IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLUXO-CAN OVERSEAS LTD.

Plaintiff(s)

vs.

E.D. & F. Man Sugar Inc.

Defendant(s)

**SUMMONS**

CIVIL ACTION NO. WDQ08CV0356

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

Winston & Strawn LLP
1700 K. Street, NW
Washington, DC  20006
Attention:  Bryant E. Gardner

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Sincerely,

Felicia C. Cannon, Clerk

By: _____
Deputy Clerk

DATE: 2/8/08

U.S. District Court (12/1999)- Summons

NOTICE - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at:  www.mdd.uscourts.gov