**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fluxo-Cane Overseas Ltd. | 08-CV-0356 |
| DEFENDANT | TYPE OF PROCESS |
| E.D. & F. Man Sugar Inc. | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sugar cargo on board the M/V TINA LITRICO
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Baltimore Harbor, MD. Amstar sugar pier. Expected anchor time approx. 1700 hrs, 02/09/2008.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Bryant E. Gardner
Winston & Strawn, LLP
1700 K St., N.W.
Washington, D.C. 20006-3817

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Local agent for vessel is Ocean Ship, Inc. Joanne Dow president. (410) 276-1453. FAX (410) 675-5612.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (202) 282-5821
DATE: 2/8/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin: No.
District to Serve: No.
Signature of Authorized USMS Deputy or Clerk:
Date:

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Capt. Edward Stovall III

☐ A person of suitable age and discretion then residing in defendant's usual place of abode.

Address (complete only different than shown above):

Date: 2/10/2008   Time: 7:15 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | |
|---|---|---|---|---|---|
| 3hrs x 90 = 270.00 | 60 x 48.5 = 29.10 | — | 279.10 | 3,000.00 | 2,700.90   $0.00 |

REMARKS: Round trip Mileage (x2 Dustin) = 60 miles
Start time 0530 End 0830 Hrs (x2 Dustins)
3hrs

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF Maryland

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| WDQ08CV0356 | Fluxo-Cane Overseas Ltd, v. E.D. & F. Man Sugar Inc. |

SUBJECT (Name, address)
M/V Tina Litrico

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 1 | M/V Tina Litrico | Amstar Sugar Pier |
| | 1 | Sugar Cargo IMO #7225855 official #547600 | Balto MD. |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| DUSM Terry Moore | USMS | 2/10/08 | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| all | 2/10/08 | NAME & AGENCY DUSM Terry Moore USMS SIGNATURE | NAME & AGENCY US United Ocean Ship Capt Nox Stort SIGNATURE | Substitute Custodian |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |

(Continued)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78