**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Fluxo-Cane Overseas, Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08-CV-0356 (WDQ) |
| ) | |
| E.D. & F. Man Sugar, Inc., ) | |
| ) | |
| Defendant *in personam* ) | |
| ) | |
| and ) | |
| ) | |
| Cargo of 17,727 Metric Tons, More or ) | |
| Less of Raw Sugar Laden on Board the ) | |
| M/V TINA LITRICO and related bills ) | |
| of lading, *in rem* ) | |
| ) | |
| Defendants. ) | |

**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Local Civil Rule 103.3, the undersigned counsel of record for Plaintiff Fluxo-Cane Overseas, Ltd., certify the following:

To the best of counsel's knowledge and belief upon inquiry, S/A Fluxo Comércio e Assessoria Internacional, a privately held Brazilian corporation, is an affiliate of Fluxo-Cane Overseas, Ltd. due to overlapping ownership and management, and there are no other affiliates or parents of Fluxo-Cane Overseas, Ltd.  Fluxo-Cane Overseas, Ltd. itself is a privately owned company.

To the best of counsel's knowledge and belief upon inquiry, no corporation, unincorporated association, partnership or other business entity, not a party to the case, has any financial interest whatsoever in the outcome of the litigation.

Dated:  February 13, 2008

        Respectfully submitted,

By:  /s/ Bryant E. Gardner
    H. Allen Black, III (No. 024542)
    Bryant E. Gardner (pro hac vice)
    WINSTON & STRAWN LLP
    1700 K Street, N.W.
    Washington, DC  20006
    (202) 282-5821
    (202) 282-5100 (Facsimile)

*Counsel for Fluxo-Cane Overseas, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Disclosure of Affiliations and Financial Interest was served by first class mail, postage prepaid, on this 13th day of February, 2008, on E.D.& F. Man Sugar Inc., 2525 Ponce De Leon Boulevard, Suite 1200, Coral Gables, Miami, Florida 33134.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Bryant E. Gardner