IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Fluxo-Cane Overseas, Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08-CV-0356 (WDQ) |
| ) | |
| E.D. & F. Man Sugar, Inc., ) | |
| ) | |
| Defendant *in personam* ) | |
| ) | |
| and ) | |
| ) | |
| Cargo of 17,727 Metric Tons, More or ) | |
| Less of Raw Sugar Laden on Board the ) | |
| M/V TINA LITRICO and related bills ) | |
| of lading, *in rem* ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the Unopposed Request for Extension of Time to Respond to Amended Verified Complaint and Motion to Amend or Correct Writ of Attachment:

It is this _____ day of April, 2008, ORDERED:

That the Unopposed Request for Extension of Time is GRANTED and Defendants shall have until April 25, 2008 to respond to the Motion to Amend or Correct the Writ of Attachment (Docket No. 16) and the Amended Verified Complaint.

William D. Quarles, Jr.
U.S. District Judge