# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Fluxo-Cane Overseas, Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08-CV-0356 (WDQ) |
| ) | |
| E.D. & F. Man Sugar, Inc., ) | |
| ) | |
| Defendant *in personam* ) | |
| ) | |
| and ) | |
| ) | |
| Cargo of 17,727 Metric Tons, More or ) | |
| Less of Raw Sugar Laden on Board the ) | |
| M/V TINA LITRICO and related bills ) | |
| of lading, *in rem* ) | |
| ) | |
| Defendants. ) | |

## MAN SUGAR'S NON-OPPOSITION TO
## MOTION TO CORRECT OR AMEND
## WRIT OF ATTACHMENT

Defendant E.D. & F. Man Sugar, Inc., through undersigned counsel, does not oppose the Motion to Amend or Correct the Writ of Attachment (Docket No. 16) filed by plaintiff, Fluxo-Cane Overseas, Ltd.

Respectfully submitted,

__/s/ Robert A. Gaumont_____
Robert A. Gaumont
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD  21209

                                    Stanley McDermott III
                                    DLA Piper US LLP
                                    1251 Avenue of the Americas
                                    New York, NY  10020-1104

                                    Attorneys for Defendant, E.D. & F. Man Sugar Inc.