IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| Fluxo-Cane Overseas, Ltd., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 08-CV-0356 (WDQ) |
| E.D. & F. Man Sugar Inc., | ) |
| Defendant *in personam* | ) |
| and | ) |
| Cargo of 17,727 Metric Tons, More or Less of Raw Sugar Laden on Board the M/V TINA LITRICO and related bills of lading, *in rem* | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion to Amend Writ of Attachment submitted February 12, 2008;

It is this 28th day of April, 2008, ORDERED:

That the Writ of Attachment issued by this Court February 8, 2008 shall be deemed to be a Writ of Attachment and Arrest pursuant to Rules B and D of the Supplemental Rules for Admiralty Claims.

SO ORDERED

/s/ William D. Quarles, Jr.
William D. Quarles, Jr.
U.S. District Judge