## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____ )
Fluxo-Cane Overseas Ltd., )
)
Plaintiff, )
v. )
) Case No. 1:08-cv-356 (WDQ)
E.D.& F. Man Sugar Inc., et al )
)
Defendants )
_____)

## JOINT REPORT REGARDING PRELIMINARY MATTERS

Pursuant to the Court's Scheduling Order dated April 28, 2008, the Parties have conferred regarding certain preliminary matters, and hereby submit this Joint Report regarding those matters.

1.     The Parties do not jointly request early settlement/Alternative Dispute Resolution conference pursuant to Local Rule 607.2.

2.     There is not unanimous consent to proceed before a United States Magistrate Judge.

3.     The Parties have conferred regarding the discovery of electronically stored information and have jointly decided that such discovery will not be necessary.


Dated:  May 12, 2008

Respectfully submitted,


_____/s/_____          _____/s/_____

H. Allen Black, III                             Robert A. Gaumont
Bryant E. Gardner                               DLA Piper US LLP
Winston & Strawn LLP                            6225 Smith Avenue
1700 K Street, N.W.                             Baltimore, MD  21209
Washington, DC  200004-3817

                                                Stanley McDermott
Attorneys for Plaintiff, Fluxo-Cane             DLA Piper US LLP
Overseas, Ltd.                                  1251 Avenue of the Americas
                                                27th Floor
                                                New York, NY 10020-1104

                                                Attorneys for Defendant, E.D. & F. Man
                                                Sugar Inc.