FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

08 JUN 26  A 11: 59

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Fluxo-Cane Overseas Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 08-cv-356 (WDQ) |
| E.D.& F. Man Sugar Inc., et al., ) | |
| ) | |
| Defendants. ) | |

*DENYING*

**ORDER <s>GRANTING</s> JOINT MOTION TO STAY PROCEEDINGS AND SET SCHEDULE FOR FILING OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Maryland Local Rule 105 governing briefing on cross-motions for summary judgment, both Parties have agreed to the following filing schedule:

1. Defendant's (a) Motion for Summary Judgment and (b) Opposition to Plaintiff's Motion for Summary Judgment is due 18 July 2008.

2. Plaintiff's (a) Opposition to Defendant's Motion for Summary Judgment and (b) reply to Defendant's Opposition is due 22 August 2008.

3. Defendant's reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is due 5 September 2008.

The Parties have also agreed to stay proceedings pending resolution of the motions for summary judgment, believing the matter may be resolved through the contemplated dispositive motions.

Upon consideration of the Parties' Joint Motion to Stay Discovery and Set Schedule for Filing of Cross-Motions for Summary Judgment, and finding ~~good cause shown~~ NO, it is hereby ORDERED that the Motion is ~~GRANTED~~ DENIED.

_____  6/26/8