**DLA PIPER**

DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
T 410.580.4240
F 410.580.3001
W www.dlapiper.com

Robert A. Gaumont
robert.gaumont@dlapiper.com
T 410.580.4240
F 410.580-3240

June 27, 2008

**VIA ELECTRONIC FILING**

The Honorable William D. Quarles, Jr.
U.S. District Court Judge
U.S. District Court for the District of Maryland
Chambers 3A
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    *Fluxo-Cane Overseas, Ltd. v. E.D. & F. Man Sugar, Inc.*; No. 1:08-CV-0356

Dear Judge Quarles:

    Counsel for Fluxo-Cane Overseas, Ltd. and E.D. & F. Man Sugar, Inc. jointly request a conference call or hearing at this Court's convenience to discuss pending scheduling issues in light of this Court's denial of the proposed Motion to Stay Proceedings and Set Schedule for the Filing of Cross Motions for Summary Judgment (Docket # 33).

    Counsel respectfully request the opportunity to explain to this Court why a stay of discovery is warranted and how this case may be decided on cross motions. Counsel would also appreciate the opportunity to address any concerns that this Court may have relating to a stay.

    Please contact us as to whether it would be possible to discuss these issues with Your Honor. Thank you very much.

                                                           Respectfully submitted,

                                                            Robert A. Gaumont

cc:    Herbert Allen Black, III, Esquire
        Bryant E. Gardner, Esquire