# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

June 30, 2008

MEMORANDUM TO COUNSEL

    Re: *Fluxo-Cane Overseas, Ltd. V. E.D. & F. ManSugar, Inc.*
       Civil No. WDQ 08-356

Dear Counsel:

    A conference call has been scheduled for 9:30 a.m. on Thursday, July 10, 2008. Counsel for defendant is asked to initiate the call.

                         Very truly yours,

                         /s/

                         William D. Quarles, Jr.
                         United States District Judge