IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Fluxo-Cane Overseas, Ltd. *

**Plaintiff(s)** *

vs. * Case No.: 08-CV-0356 (WDQ)

E.D.& F. Man Sugar, Inc., et al. *

**Defendant(s)**

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert A. Gaumont, am a member in good standing of the bar of this Court. My bar number is 26302. I am moving the admission of Stanley McDermott III to appear *pro hac vice* in this case as counsel for _____.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York   April 1988 | 11th Circuit Court of Appeals   1985 |
| Louisiana   September 1977 | U.S. Supreme Court   January 1995 |
| | 2nd Circuit Court of Appeals   August 1989 |
| | Southern District of New York   June 7, 1988 |
| | 5th Circuit Court of Appeals  February 2, 2005 |
| | 1st Circuit Court of Appeals   April 8, 1994 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or ___Robert A. Gaumont___, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
[signature]
Signature

Robert A. Gaumont
Printed Name

DLA Piper US LLP
Firm

6225 Smith Avenue
Baltimore, MD 21209-3600
Address

(410) 580-3000
Telephone Number

(410) 580-3001
Fax Number

robert.gaumont@dlapiper.com
Email Address

PROPOSED ADMITTEE
[signature]
Signature

STANLEY MCDERMOTT III
Printed Name

DLA PIPER US LLP
1251 Ave of Americas
New York, NY 10024
Firm / Address

212.335.4790
Telephone Number

212.884.8580
Fax Number

STANLEY.MCDERMOTT@DLAPIPER.COM
Email Address