IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Fluxo-Cane Overseas, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> E.D. & F. Man Sugar, Inc., <br><br> Defendant *in personam* <br><br> and <br><br> Cargo of 17,727 Metric Tons, More or Less of Raw Sugar Laden on Board the M/V TINA LITRICO and related bills of lading, *in rem* <br><br> Defendants. | ) ) ) ) ) ) ) Case No.: 08-CV-0356 (WDQ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## MAN SUGAR'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 105.2(c) of the Local Rules of the United States District Court for the District of Maryland, defendant E.D. & F. Man Sugar, Inc., through undersigned counsel, hereby cross moves for summary judgment. The basis for this motion are provided in the attached memorandum in support of cross-motion for summary judgment and in opposition to the motion for summary judgment by plaintiff Fluxo-Cane Overseas, Ltd, as well as in the supporting declaration and exhibits.

Respectfully submitted,

_____/s/_____
Robert A. Gaumont
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Stanley McDermott III
*(admitted pro hac vice)*
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Attorneys for Defendant, E.D. & F. Man Sugar Inc.