IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Fluxo-Cane Overseas, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> E.D. & F. Man Sugar, Inc., <br><br> Defendant *in personam* <br><br> and <br><br> Cargo of 17,727 Metric Tons, More or Less of Raw Sugar Laden on Board the M/V TINA LITRICO and related bills of lading, *in rem* <br><br> Defendants. | Case No.: 08-CV-0356 (WDQ) |

## ORDER

Upon consideration of the cross motions for summary judgment filed by plaintiff Fluxo-Cane Overseas, Ltd. ("Fluxo-Cane") and defendant ED&F Man Sugar, Inc. ("Man") and all oppositions and replies thereto, it is this _____ day of _____, 2008

ORDERED that Man's motion for summary judgment is GRANTED; and it is

FURTHER ORDERED that Fluxo-Cane's motion for summary judgment is DENIED.

_____
William D. Quarles, Jr.
U.S. District Judge