# EXHIBIT D

December 20th 2005.

STATEMENT

ACCEPTANCE OF THE CREDIT FACILITY

Cane International Corporation Ltd., of 2nd floor, Abbott Building, P.O. Box 933, Road Town, Tortola, British Virgin Islands, register nº 523353, a Company duly existing and incorporated under the laws of the British Virgin Islands, hereby represented by its Attorney-In-Fact, Mr. Manoel Fernando Garcia, Brazilian citizen, legally separated, bearer of identification card nº 3.472.300-6 SSP/SP, and registered as an Individual Taxpayer with the Brazilian Ministry of Finance (CPF/MF) under nº 023.146.908-00, resident at Rua Professor Artur Ramos, 339, São Paulo, Brazil, DECLARES to have knowledge and to accept the terms and conditions set out in the Credit Facility Agreement of ED&F MAN, dated as of December 20th, 2005.

_____
Mr. Manoel Fernando Garcia
Attorney-In-Fact