# EXHIBIT E

FILED
DEC 2 2 2006

## PLAN OF MERGER

REGISTRY OF CORPORATE AFFAIRS
BVI FINANCIAL SERVICES COMMISSION

This plan of merger (hereinafter referred to as the "Plan of Merger") is made the 21st day of December, 2006 between Fluxo Overseas Ltd., an International Business Company incorporated and existing under and by virtue of the BVI Business Companies Act (the "Act"), with address at 2nd Floor, Abbott Building, Road Town, Tortola, BVI (hereinafter referred to as "Fluxo Overseas") and Cane International Corp. Ltd., an International Business Company incorporated and existing under and by virtue of the Act, with address at PO Box 933, 2nd Floor, Abbott Building, Road Town, Tortola, BVI (hereinafter referred to as "Cane").

WHEREAS:

A) Fluxo Overseas and Cane are entering into this Plan of Merger pursuant to the provisions of Section 172 of the Act.

B) The directors of the parties hereto deem it desirable and in the best interest of the companies and their members as the case may be that Cane be merged into Fluxo Overseas.

NOW THEREFORE this Plan of Merger witnesseth as follows:

1. The constituent companies to this Plan of Merger are Fluxo Overseas and Cane (hereinafter referred to collectively as the "Constituent Companies").

2. The surviving company is Fluxo Overseas, whose name shall be changed to "Fluxo – Cane Overseas Ltd." (hereinafter referred to as "Fluxo – Cane").

3. Cane has 02 (two) voting shares in issue, all of them entitled to vote as one class, which are owned by Fluxo Overseas. Fluxo Overseas has 25,050,000 (twenty five million fifty thousand) voting shares in issue, entitled to vote as one class, which are owned by Manoel Fernando Garcia.

4. Pursuant to section 172 (1) of the Act, the members of the Constituent Companies are not entitled to vote on the merger.

5. Upon the merger, the separate corporate existence of Cane shall cease and Fluxo – Cane shall: (i) become the owner, without other transfer, of all the rights and property of the Constituent Companies; and (ii) become subject to all liabilities obligations and penalties of the Constituent Companies.

6. As a result of the above, any contracts and agreements entered into by the Constituent Companies shall continue to be fully binding to Fluxo – Cane, without any amendment or transfer.

7. The effective date of the merger shall be December 21st, 2006.(hereinafter referred to the "Effective Date").

8. The manner and basis of converting the shares of the Constituent Companies into other property shall be as follows:

(a) each share of Fluxo Overseas issued and outstanding on the Effective Date shall continue to be one share with par value in the Fluxo – Cane;

(b) all shares of Cane issued and outstanding on the Effective Date shall be cancelled; and

(c) due to the fact that Fluxo Overseas is the sole owner of all Cane issued and outstanding shares, such shares shall be substituted, in Fluxo Overseas assets, by the entirety of assets and debts of Cane.

9. The constituent documents of Fluxo Overseas as in effect on the Effective Date shall be the constituent documents of Fluxo – Cane. The constituent documents of Fluxo Overseas shall be amended to state the new name of the surviving company.

10. This Plan of Merger shall be approved by a resolution of the board of directors.

11. The merger shall be effective as provided by the laws of the British Virgin Islands.

12. This Plan of Merger may be executed in counterparts.

In witness whereof the parties hereto have caused this Plan of Merger to be executed on this 21st day of December, 2006.

SIGNED and DELIVERED for:

_____       _____
Manoel Fernando Garcia           Marco Antonio de Siqueira Garcia

_____       _____
Maria Pia de Siqueira Garcia     Marcos Bruno Daniel

On behalf of Fluxo Overseas Ltd.

and

_____
Manoel Fernando Garcia

On behalf of Cane International Corp. Ltd.

FILED
DEC 2 2 2006
REGISTRY OF CORPORATE AFFAIRS
BVI FINANCIAL SERVICES COMMISSION

A TRUE CERTIFIED COPY
ATC TRUSTEES (BVI) LIMITED
Registered Agent