# EXHIBIT F



Atlanta   Calgary   Chicago   Houston   London   New York   Singapore

January 16, 2008

Mr. Manoel Garcia
Fluxo-Cane Overseas Ltd.
Abbott Building 2nd Floor
Road Town-Tortola
British Virgin Islands

Dear Mr. Garcia:

I am writing to advise you that a special meeting of the Board of Directors of ICE Futures U.S., Inc. (the "Exchange") was held on January 15, 2008, at which the following actions were taken pursuant to Exchange Rule 21.29:

(1) the Board of Directors determined that there is a substantial question as to whether a "Financial Emergency", as such term is defined in Chapter 21 of the Exchange Rules, exists with respect to Fluxo-Cane Overseas, Ltd. and you; and

(2) the Board of Directors determined that all orders for the account of Fluxo-Cane Overseas Ltd. and its affiliates (including you)("Fluxo") in the Sugar No. 11 Futures Contract and any options on such Contract may only be placed or executed by or through a clearing member and not by or through any other person.

The decision of the Board of Directors with respect to the placement of orders, as specified above, becomes effective on Wednesday, January 16, 2008 upon the posting of a Release to Members on the Exchange's website, and will remain in effect until further notice. The decision of the Board of

ICE Futures U.S., Inc, a designated contract market under the Commodity Exchange Act, as amended.

ICE Futures U.S., Inc.
World Financial Center          phone  212 748 4000
One North End Ave               fax    212 742 6981
New York, NY 10282              online www.theice.com

Directors was based upon the facts, including but not limited to, that: Fluxo has significantly exceeded the position accountability levels established for it by the Exchange with respect to the futures equivalent position permitted to be held by Fluxo in the March 08 Sugar No. 11 delivery month and in all delivery months of the Sugar No. 11 contract, combined; Fluxo has refused to bring its positions into compliance with the levels established by the Exchange, notwithstanding repeated requests to do so by the Exchange; and Fluxo has increased its short futures equivalent position when instructed to reduce such position in the March 08 delivery month.

Due to the gravity of the situation, it was not practicable for the Exchange to afford you a hearing before taking action. Accordingly, you and Fluxo may request a hearing before the Board regarding the actions described above. Any such request should be made in writing to the undersigned within five business days of the date hereof, and should specify when you would be available for such a hearing and whether you will appear in person or through counsel or other representative.

On a separate but related matter, in addition to the actions described above, please be further advised that, pursuant to Rule 6.13, the Exchange has instructed each firm carrying positions for Fluxo in the Sugar No. 11 futures contract and/or options thereon to:

(a) reduce Fluxo's short futures equivalent position in the March 08 Sugar No. 11 delivery month to not more than a specified level, based on the proportion of Fluxo's position carried by each such firm, such that by the close of business on January 23, 2008 Fluxo is in compliance with the position limits established for it by the Exchange with respect to the March 08 delivery month, and to not increase the futures equivalent position carried in all Sugar No. 11 delivery months combined, beyond its current level.

(b) not accept any orders, electronic or otherwise, that would result in an increase of Fluxo's short futures equivalent position in the March 08 Sugar No. 11 delivery month or its short futures equivalent position in all delivery months combined; and

(c) not approve the transfer of any Sugar No. 11 futures or options contracts carried for Fluxo to an account at another clearing

2

member, without first notifying the Exchange of the intended transfer.

You may obtain further details directly from your clearing members regarding the position reductions that have been requested of each such firm, or contact Susan Gallant at the Exchange at 212-748-4030.

Please also be aware that the foregoing action is not intended in any way to preclude the clearing members from further reducing positions or taking any other action which they may deem necessary or proper in light of the relevant circumstances.

Very Truly Yours,

Audrey R. Hirschfeld
Senior Vice President and General Counsel

cc: David Yeres, Esq.

3

**CONFIDENTIAL**

## Art Collection - Cane International Corp.
### Paintings

| Nº | Author | Year | Title | Details | Measures (in cm.) | Value (in US$) |
|---|---|---|---|---|---|---|
| 1 | Cícero Dias | decade of 30 | Casal ao Piano | Oil on Canvas | 81 x 65 | 120,000 |
| 2 | Ismael Nery | 1927 | Namorados - Paris | Oil on Cardboard | 35,5 x 29,5 | 520,000 |
| 3 | Kees Van Dongen | 1921 | Fete de Nuit, Venise | Oil on Canvas | 73 x 92 | 555,750 |
| 4 | Maurice de Vlaminck | 1912 | Maisons Dans Les Fauborgs de Paris | Oil on Canvas | 73 x 92.1 | 126,750 |
| 5 | | 1925 | La Maison Blanche | Oil on Canvas | 50.2 x 61 | 55,950 |
| 6 | Maurice Utrillo | 1,942 | Montmartre, Le Lapin Agile | Oil on Canvas | 50 x 61 | 152,500 |
| 7 | | 1,943 | Le Moulin de La Galette | Oil on Canvas | 46 x 55 | 250,000 |
| 8 | Pierre Auguste Renoir | 1898 | La Couseuse (Femme Cousant Dans Um Jardin) | Oil on Canvas | 30.2 x 26.7 | 335,750 |

Total : 2116,700

**Notes:**
Painting 1 and 2: Appraised by Dan Galeria on September 29th, 2.002
Paintings 3, 4, 5 and 8: purchase price at Sotheby's NY on May 9th, 2.001
Painting 6: Appraised by Galerie Gilbert Pétridès on May 9th, 2.001
Painting 7: Appraised by Galerie Gilbert Pétridès on September 3rd, 2.001