# EXHIBIT H

**From:** DYKE, Kevin (MCA)
**Sent:** 18 January 2008 10:37
**To:** 'S/A Fluxo - Futuros'
**Cc:** PLACET, Igor (MCA); BOUET, Christian (MCA); Jenkins, Jim (MCS NY); MARMION, Myles (LDN Corporate)
**Subject:** URGENT Margin Call COB 16/01/08 (CL00040) - DAY 2

Good Morning

Please note that we did not receive any funds to cover yesterday's margin call. Your margin call has now increased to USD 29,783,602.29, this is calculated as follows:

| | |
|---|---|
| Margin Deficit | USD 27,808,358.39 |
| ICE 20% Additional margin requirements | USD 1,975,243.90 |
| Total Deficit | USD 29,783,602.29 |

Please confirm payment amount and value date by return and send me a copy of the SWIFT. Failure to meet this margin call today may result in your positions being liquidated.

Regards
Kevin

Kevin Dyke
Global Head of Futures and Options Operations

ED&F MAN COMMODITY ADVISERS
Cottons Centre
Hay's Lane
London
SE1 2QE

Tel: + 44 207 089 8589
Fax: + 44 207 089 8299
Mob: + 44 7917 185 603
kevin.dyke@edfmca.com