# EXHIBIT K

Bruno Machado, Carlos (MIA-SUGAR)
Sent: 04 February 2008 21:57
To: marcos.bruno@safluxo.com.br
Cc: McGregor, Alberto (MIA-SUGAR); MARMION, Myles (LDN Corporate)
Subject: Payment Offset

To Fluxo-Cane Overseas Limited (Fluxo Cane)

Dear Sirs

We refer to purchase contract no PO1688.000. Pursuant to our obligation to make payment to you in the sum of US$6,013,149.93 (our Contractual Indebtedness) kindly note as follows: As of 4th February you are indebted to ED&F Man Commodity Advisers Limited in the sum of US$41,961,982.07 (the MCA Debt) in respect of unpaid margin. On 4 February 2008 MCA equitably assigned to ED&F Man Sugar Inc (MSI) part of this debt in the amount of US$6,013,149.14 (Partial Assigned Debt). We hereby give you notice that we hereby set-off our Contractual Indebtedness against the Partial Assigned Debt which discharges our obligation to make any further payment for the shipping documents presented pursuant to purchase contract PO1688.000.

Sincerely,

Carlos E. Machado

Controller

ED&F Man Sugar Inc.

2525 Ponce de Leon Blvd. Ste 1200

Coral Gables, FL 33134

This message is confidential and intended solely for the use of the named addressee(s). It may contain information that is covered or protected by legal, professional or other privilege, work product immunity or other legal rules. Any unauthorised use or dissemination of this message or any part of it is prohibited and liability (in negligence or otherwise) arising out of any action, or forbearance, by a third party on information contained in this message is hereby excluded. If you have received this communication in error please notify us by return e-mail or by telephone (+44 20 7089 8000) and then delete this e-mail and any copies of it from your computer system. This e-mail has been scanned for Viruses but it is your full responsibility for Virus Checking. E D & F Man Holdings Limited is registered in England and Wales, number 3909548. The registered office is Cottons Centre, Hay's Lane, London, SE1 2QE.