# EXHIBIT T

**IN THE HIGH COURT OF JUSTICE** **2008 Folio No. 276**

**QUEEN'S BENCH DIVISION**

**COMMERCIAL COURT**

**THE HONOURABLE MR JUSTICE AIKENS**

**BETWEEN:**

(1) **ED&F MAN COMMODITY ADVISERS LIMITED**

(2) **ED&F MAN SUGAR INC** **Claimants**

**- and -**

(1) **FLUXO-CANE OVERSEAS LIMITED**

(2) **S/A FLUXO-COMERCIO E ASSESSORIA INTERNACIONAL**

**Defendants**

---

**ORDER**

---

Upon hearing counsel for the Claimants and the Defendants

And upon the Claimants undertaking (without prejudice to CPR 31.22) not without the permission of the Court to disclose the information obtained as a result of this order to any third party or to any other Company whose assets and liabilities have been consolidated in the ED&F Man Holdings Limited group balance sheet for the year ended 31st October 2007 or to use such information for the purpose of any civil or criminal proceedings, either in England and Wales or in any other jurisdiction, other than this

claim. For the avoidance of doubt the Claimants may disclose the information obtained as a result of this order to the persons listed in Schedule 1 to this order solely for the purpose of these proceedings.

It is ordered that:

1. The Defendants' application dated 16th May 2008 and the Claimants' application for summary judgment be listed on 6th August 2008 with a time estimate of 2-3 days.

2. The Defendants' application for further information be adjourned with liberty to restore.

3. The parties are to agree a list of issues to be lodged by 4pm on Wednesday 25th June 2008. In the event that the parties are unable to agree a list of issues by this time the matter shall be re-listed for a further CMC on Friday 27th June 2008.

4. That any evidence to be relied on by the Defendants in answer to the Claimants' evidence be served by 18th July 2008.

5. That any further evidence to be relied on by the Claimants' in answer to the Defendants' evidence be served by 28th July 2008.

6. All affidavits and witness statements to be set out by reference to the list of issues.

7. That bundles for the hearing be lodged on or before 30th July 2008.

8. The Claimants' outline argument and an agreed reading list to be lodged and served by 9.30am on 4th August 2008.

9. The Defendants' outline argument to be lodged and served by 9.30am on 5th August 2008.

10. The Defendants do provide a further and better list of the Defendants' assets, verified by an affidavit sworn by Mr Manoel Garcia by 27th June 2008 giving the information contained in Schedule 2 annexed to this Order.

11. Costs reserved.

Dated 20th June 2008

.......................................... ..........................................

Counsel for the Claimants Counsel for the Defendants