IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| FLUXO-CANE OVERSEAS LTD., | * |
| Plaintiff, | * |
| v. | * CIVIL NO.: WDQ-08-356 |
| E.D. & F. MAN SUGAR INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

It is, this 10th day of October, 2008, ORDERED that:

1. Fluxo-Cane Overseas's motion to file supplemental affidavit (Paper No. 43) BE, and HEREBY IS, GRANTED;

2. The Clerk of the Court shall send copies of this Order to counsel for the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge