```
            IN THE UNITED STATES DISTRICT COURT FOR
             THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                *
FLUXO-CANE OVERSEAS LTD.,
                                *
    Plaintiff,
                                *
        v.                          CIVIL NO.: WDQ-08-356
                                *
E.D. & F. MAN SUGAR INC.,
                                *
    Defendant.
                                *

*   *   *   *   *   *   *   *   *   *   *   *   *
```

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 24th day of February, 2009, ORDERED that:

1. Fluxo-Cane's motion for summary judgment (Paper No. 30) BE and HEREBY IS, DENIED;

2. Man Sugar's motion for summary judgment (Paper No. 39) BE and HEREBY IS, GRANTED on Count I (conversion) and DENIED on Count II (breach of contract);

3. Fluxo-Cane's motion for leave to file surreply (Paper No. 42) BE and HEREBY IS, DENIED;

4. Man Sugar's motion for leave to amend its cross motion for summary judgment (Paper No. 47) BE and HEREBY IS, GRANTED;

5. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                       /s/
                                      William D. Quarles, Jr.
                                      United States District Judge