# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

February 25, 2009

H. Allen Black, III, Esquire
Bryant E. Gardner, Esquire
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006

Robert A. Gaumont, Esquire
DLA PIPER US LLP
6225 Smith Avenue
Baltimore, MD 21209

  Re: *Fluxo-Cane Overseas, Ltd v. E.D.&F. Man Sugar, Inc.*
   Civil No. WDQ 08-356

Dear Counsel:

  A pretrial conference has been scheduled for Thursday, April 9, 2009 at 9:00 a.m. in Chambers. A trial date will be set at the conference, please bring your calendars with you.

  The pretrial order shall be submitted five days before the pretrial conference is held. Counsel shall comply with Local Rule 106, as to submission and contents of the pretrial order.

  At the pretrial conference I will ask you whether a settlement conference or other ADR conference with a judicial officer would be useful, and whether all parties would consent to trial (jury or non-jury) before a U.S. Magistrate Judge. Please confer with your client about these matters before the conference so that you are in a position to respond.

          Very truly yours,

          /s/

          William D. Quarles, Jr.
          United States District Judge