# WINSTON & STRAWN LLP

<table>
<tr><td>

214 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1078

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

</td><td>

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

</td><td>

4 STASOVOY ULITSA
119071 MOSCOW, RUSSIAN FEDERATION

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5401

25, AVENUE MARCEAU
CS 31621
75773 PARIS CEDEX 16

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

</td></tr>
</table>

H. ALLEN BLACK III
(202) 282-5821
hblack@winston.com

April 1, 2009

**VIA ELECTRONIC CASE FILING**

The Honorable William D. Quarles, Jr.
United States District Court Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      **Re:**     **Fluxo-Cane Overseas, Ltd. v. E.D. & F. Man Sugar, Inc., et al.;
               Case No. 08-CV-0356 (WDQ)**

Your Honor:

      The Pre-Trial Conference in this matter is currently scheduled for April 9, 2009. Accordingly, the Proposed Pretrial Order is due to the Court on April 2, 2009.

      The Parties have been working cooperatively on the Proposed Pretrial Order. However, earlier this afternoon, we were contacted by counsel for Defendant E.D. & F. Man, who has taken ill and as a result has been unable to complete work on the Proposed Pretrial Order. He therefore asked that we consent to a request for a slight postponement in the submission of the Proposed Pretrial Order and/or a brief postponement of the Pretrial Conference. He further asked that we communicate the request to you on his behalf. He is hopeful that he will be back on his feet by next week.

      Although Plaintiff Fluxo-Cane Overseas, Ltd. is eager to bring this matter to a conclusion, under the circumstances we have no objection to the requested postponement.

      Respectfully submitted,

*H. allen Black III / CJM*

H. Allen Black III
Winston & Strawn, LLP