# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 214 NORTH TRYON STREET<br>CHARLOTTE, NORTH CAROLINA 28202-1078 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 4 STASOVOY ULITSA<br>119071 MOSCOW, RUSSIAN FEDERATION |
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | FACSIMILE (202) 282-5100 | ONE RIVERFRONT PLAZA<br>NEWARK, NEW JERSEY 07102-5401 |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | www.winston.com | 25, AVENUE MARCEAU<br>CS 31621<br>75773 PARIS CEDEX 16 |
| 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

H. ALLEN BLACK III
(202) 282-5821
hblack@winston.com

April 1, 2009

MOTION "GRANTED" THIS 1st DAY OF April 2009

WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

*THE PRETRIAL CONFERENCE IS POSTPONED TO WEDNESDAY, APRIL 29, 2009 AT 9:00 A.M.

**VIA ELECTRONIC CASE FILING**

The Honorable William D. Quarles, Jr.
United States District Court Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:   Fluxo-Cane Overseas, Ltd. v. E.D. & F. Man Sugar, Inc., et al.;
      Case No. 08-CV-0356 (WDQ)

Your Honor:

The Pre-Trial Conference in this matter is currently scheduled for April 9, 2009. Accordingly, the Proposed Pretrial Order is due to the Court on April 2, 2009.

The Parties have been working cooperatively on the Proposed Pretrial Order. However, earlier this afternoon, we were contacted by counsel for Defendant E.D. & F. Man, who has taken ill and as a result has been unable to complete work on the Proposed Pretrial Order. He therefore asked that we consent to a request for a slight postponement in the submission of the Proposed Pretrial Order and/or a brief postponement of the Pretrial Conference. He further asked that we communicate the request to you on his behalf. He is hopeful that he will be back on his feet by next week.

Although Plaintiff Fluxo-Cane Overseas, Ltd. is eager to bring this matter to a conclusion, under the circumstances we have no objection to the requested postponement.

Respectfully submitted,

H. Allen Black III / CJM

H. Allen Black III
Winston & Strawn, LLP