```
        IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                  *
FLUXO-CANE OVERSEAS, LTD,
                                  *
    Plaintiff,
                                  *
         v.                           CIVIL NO.: WDQ-08-356
                                  *
E.D. & F. MAN SUGAR, INC.,
                                  *
    Defendant.
                                  *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 5th day of May, 2009, ORDERED that:

1. Fluxo-Cane's motion for reconsideration (Paper No. 53) BE, and HEREBY IS, DENIED; and

2. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                                        /s/
                                      William D. Quarles, Jr.
                                      United States District Judge