## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Fluxo-Cane Overseas Ltd., <br><br> Plaintiff, <br><br> v. <br><br> E.D. & F. Man Sugar Inc., et al., <br><br> Defendants. | Case No. 08-cv-356 (WDQ) |

## WITHDRAWAL AND ENTRY OF APPEARANCE

Please withdraw the appearance of Robert A. Gaumont of DLA Piper LLP (US) as counsel for Defendant E.D. & F. Man Sugar, Inc. ("Man") in the above-captioned matter. Please enter the appearance of Anthony P. Ashton of DLA Piper LLP (US) as counsel for Man. Stanley McDermott III of DLA Piper LLP (US) will remain as counsel for Man.

/s/
Anthony P. Ashton (Fed. Bar No. 25220)
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland  21209

Stanley McDermott III
(admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY  10020-1104

Attorneys for Defendant, E.D. & F. Man Sugar Inc.

EAST\42567285.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of September, 2009, a copy of the foregoing Withdrawal and Entry of Appearance was sent, via electronic filing, to all counsel of record.

                                             /s/
                                  Anthony P. Ashton