```
           IN THE UNITED STATES DISTRICT COURT FOR
           THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                *
FLUXO-CANE OVERSEAS LTD.,
                                *
     Plaintiff,
                                *
         v.                         CIVIL NO.: WDQ-08-0356
                                *
E.D. & F. MAN SUGAR INC.,
                                *
     Defendant.
                                *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 23rd day of September, 2009, ORDERED that:

1. Fluxo-Cane's motion to dismiss (Paper No. 59) BE, and HEREBY IS, DENIED; and

2. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                                                                                                                                  /s/

                                          William D. Quarles, Jr.
                                          United States District Judge