# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

September 28, 2009

H. Allen Black, III, Esquire
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 2006

Robert A. Gaumont, Esquire
DLA PIPER LLP
6225 Smith Avenue
Baltimore, MD 21209

     Re: *Fluxo-Cane Overseas, Ltd. v. E.D.&F. Man Sugar, Inc.*
        Civil No. WDQ 08-356

Dear Counsel:

    A pretrial conference has been scheduled for Friday, October 30, 2009 at 9:00 a.m. in Chambers. A trial date will be set at the conference, please bring your calendars with you.

    The pretrial order shall be submitted five days before the pretrial conference is held. The parties shall comply with Local Rule 106, as to submission and contents of the pretrial order.

                                  Very truly yours,

                                  /s/

                                William D. Quarles, Jr.
                                United States District Judge