# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

September 29, 2009

H. Allen Black, III, Esquire
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 2006

Robert A. Gaumont, Esquire
DLA PIPER LLP
6225 Smith Avenue
Baltimore, MD 21209

    Re: *Fluxo-Cane Overseas, Ltd. v. E.D.&F. Man Sugar, Inc.*
       Civil No. WDQ 08-356

Dear Counsel:

    This letter will confirm that the pretrial conference has been rescheduled to Wednesday, **October 28, 2009 at 9:00 a.m.** in Chambers.

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge