# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

October 29, 2009

Herbert Allen Black , III, Esquire
Bryant E. Gardner, Esquire
Winston and Strawn LLP
1700 K St NW
Washington, DC 20006

Robert A Gaumont, Esquire
Anthony Peter Ashton, Esquire
DLA Piper US LLP
6225 Smith Ave
Baltimore, MD 21209-3600

Stanley McDermott, III, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

Re:   *Fluxo-Cane Overseas, Ltd. v. E.D. & F. Man Sugar, Inc.*
      Civil No.  WDQ-08-0356

Dear Counsel:

This letter confirms our conversation on Wednesday, October 28, 2009. Trial is scheduled to begin on Monday, July 12, 2010 at 10 a.m. in Courtroom 3A.

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge