# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____

Fluxo-Cane Overseas Ltd.,                  )
                                           )
                                           )
                                           )
                        Plaintiff,         )
         v.                                )
                                           )            Case No. 1:08-cv-356
E.D. & F. Man Sugar Inc.                   )
                                           )
                        Defendants         )
_____)

## REQUEST FOR HEARING ON MOTIONS

Plaintiff Fluxo-Cane Overseas Ltd. has submitted a Motion for Summary Judgment on Count II of the Complaint and a Motion to Dismiss the Permissive Counterclaim of Defendant E.D.& F. Man Sugar, Inc., with Memoranda in Support.

Plaintiff respectfully requests that this Court conduct a hearing on the motions as soon as possible after briefing of the motions is complete, to permit counsel to address the issues raised by the motions to the satisfaction of the Court.

Dated:  November 25, 2009

Respectfully submitted,

By: /s/ _____
    H. Allen Black, III (No. 024542)
    WINSTON & STRAWN LLP
    1700 K Street, N.W.
    Washington, DC  20006
    hblack@winston.com
    bgardner@winston.com
    (202) 282-5821
    (202) 282-5100 (Facsimile)
    *Counsel for Fluxo-Cane Overseas, Ltd.*