```
         IN THE UNITED STATES DISTRICT COURT FOR
          THE DISTRICT OF MARYLAND, NORTHERN DIVISION
```

|  |  |
|---|---|
| FLUXO-CANE OVERSEAS, LTD. | * |
| Plaintiff, | * |
| v. | * |
| E.D. & F. MAN SUGAR, INC., *et al.* | *    CIVIL NO.: WDQ-08-0356 |
| Defendants. | * |
|  | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 15th day of June, 2010, ORDERED that:

1. Fluxo-Cane's motion for summary judgment on its claim for breach of contract (Paper No. 73), BE, and HEREBY IS, GRANTED;

2. Fluxo-Cane's motion to dismiss the set-off counterclaim (Paper No. 74), BE, and HEREBY IS, DENIED;

3. Fluxo-Cane's motion to vacate (Paper No. 79), BE, and HEREBY IS, DENIED;

4. Fluxo-Cane's motion for leave to file surreply (Paper No. 88), BE, and HEREBY IS, GRANTED;

5.  Man Sugar's motion for summary judgment on its equitable set-off counterclaim (Paper No 85), BE, and HEREBY IS, GRANTED;

6.  The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                            _____/s/_____
                                            William D. Quarles, Jr.
                                            United States District Judge