# United States District Court
## District of Maryland

| | |
|---|---|
| Chambers of<br>William D. Quarles, Jr.<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0946<br>410-962-0868 (Fax)<br>MDD_WDQChambers@mdd.uscourts.gov |

June 21, 2010

| | |
|---|---|
| Herbert Allen Black , III, Esquire<br>Bryant E. Gardner, Esquire<br>Winston and Strawn LLP<br>1700 K St NW<br>Washington, DC 20006 | Robert A Gaumont, Esquire<br>Anthony Peter Ashton, Esquire<br>DLA Piper US LLP<br>6225 Smith Ave<br>Baltimore, MD 21209-3600 |

Stanley McDermott, III, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

      Re:    *Fluxo-Cane Overseas, Ltd. v. E.D. & F. Man Sugar, Inc.*
             Civil No.  WDQ-08-0356

Dear Counsel:

     By June 22, 2010, please provide a status report on claims still pending after this Court's June 15, 2010 Order.

                                      Very truly yours,

                                      /s/

                                      William D. Quarles, Jr.
                                      United States District Judge