# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

July 14, 2010

Herbert Allen Black, III, Esquire
Bryant E. Gardner, Esquire
Winston and Strawn LLP
1700 K St NW
Washington, DC 20006

Robert A Gaumont, Esquire
Anthony Peter Ashton, Esquire
DLA Piper US LLP
6225 Smith Ave
Baltimore, MD 21209-3600

Stanley McDermott, III, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

Re: *Fluxo-Cane Overseas, Ltd. v. E.D. & F. Man Sugar, Inc.*
Civil No. WDQ-08-0356

Dear Mr. Black and Mr. Gardner:

Pursuant to Md. Code Ann., Cts. & Jud. Proc. § 11-804, Fluxo-Cane shall provide evidence that: (1) an appeal from the English judgment or a stay of execution of that judgment is pending, and (2) Fluxo-Cane has furnished the security for the satisfaction of that judgment required by the English court. Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge

cc: Felicia C. Cannon, Clerk