# WINSTON & STRAWN LLP

SUITE 718, CHINA WORLD OFFICE 1
1 JIANGUOMENWAI AVENUE
BEIJING 100004, CHINA

214 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1078

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHÔNE
1204 GENEVA, SWITZERLAND

GLOUCESTER TOWER
11TH FLOOR
THE LANDMARK
15 QUEEN'S ROAD CENTRAL
HONG KONG, CHINA

99 GRESHAM STREET
LONDON, EC2V 7NG, UK

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

+1 (202) 282-5000

FACSIMILE +1 (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

SUITE A350, 4 STASOVOY STREET
MOSCOW, 119071, RUSSIAN FEDERATION

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

ONE RIVERFRONT PLAZA, SUITE 730
NEWARK, NEW JERSEY 07102-5401

25 AVENUE MARCEAU, CS 31621
75773 PARIS CEDEX 16, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5802

UNITS 3105-3106, SHANGHAI KERRY CENTRE
1515 NANJING ROAD WEST
JINGAN, SHANGHAI 200040, CHINA

H. Allen Black III
Partner
+(202) 282 5821
hblack@winston.com

July 19, 2010

**VIA ELECTRONIC FILING**

The Honorable William D. Quarles, Jr.
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

>    Re:    *Fluxo-Cane Overseas, Ltd. v. E.D. & F. Man Sugar, Inc.*
>    Civil No. WDQ-08-0356

Dear Judge Quarles:

We have been advised by Fluxo-Cane's English counsel that the appeal of the English judgment has been struck out; and therefore the English judgment in favor of Man Sugar is final.

Of course, that does not alter the issues with regard to whether the English judgment is properly before the Court for either recognition or enforcement, as set out in earlier submissions.  Fluxo-Cane does not waive those objections.

If the Court nevertheless intends to enter judgment for Man Sugar on its counterclaim, we respectfully note that Fluxo-Cane is entitled to an entry of judgment on its Complaint for the amount outstanding and unpaid by Man Sugar under the sugar contract ($6,597,456.62) plus prejudgment interest in accordance with New York law (as applicable under the Contract) (pursuant to NY CLS CPLR § 5001) at the New York statutory rate of 9% per annum (NY CLS CPLR § 5004) from the date on which payment was due (January 30, 2008) through the date of the entry of judgment (assuming that the judgment issues on or about August 1, 2010, that amount would be $1,484,427.74, for a total amount due of $8,081,884.36).  In its Order of June 15, 2010 this Court held that Man Sugar was owed $6,611,952.83 based on its

The Honorable William D. Quarles, Jr.
July 19, 2010
Page 2

assignment from MCA. Accordingly, Fluxo-Cane would be entitled to a net judgment against Man Sugar in the amount of $1,469,931.53.

      Therefore, without prejudice to Fluxo-Cane's earlier submissions, if this Court decides to enter judgment for Man Sugar on its counterclaim, the final order should require payment by Man Sugar to Fluxo-Cane of $1,469,931.53.

                            Respectfully submitted;

                            -- /s/ ---

                            H. Allen Black III
                            Winston & Strawn, LLP

Cc: Anthony P. Ashton, Esquire