# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

July 30, 2010

Herbert Allen Black, III, Esquire
Bryant E. Gardner, Esquire
Winston and Strawn LLP
1700 K St NW
Washington, DC 20006

Robert A Gaumont, Esquire
Anthony Peter Ashton, Esquire
DLA Piper US LLP
6225 Smith Ave
Baltimore, MD 21209-3600

Stanley McDermott, III, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

Re:   *Fluxo-Cane Overseas, Ltd. v. E.D. & F. Man Sugar, Inc.*
      Civil No. WDQ-08-0356

Dear Defense Counsel :

Man Sugar shall provide evidence of the pre-judgment interest rate and costs owed to it by Fluxo-Cane under the English judgment. Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge

cc: Felicia C. Cannon, Clerk